UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>HARVINDER SINGH and KHUSHDEEP SINGH,<br><br>             Defendants. | Case No. 24-117 MLP<br><br>ORDER OF RELEASE |

Pursuant to 18 U.S.C. § 3144, the Court held a hearing on March 1, 2024, on the government's motion for detention of material witnesses Harvinder Singh and Khushdeep Singh. (Dkt. ## 13-14.) Based upon the reasons stated in the record, the Court finds the government has not met its burden of showing serious risk of flight. The Court does not find serious risk of flight and orders release. Accordingly, the Court DENIES the motions for detention (dkt. ## 13-14).

The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 1st day of March, 2024.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER OF RELEASE - 1